UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALECIA REED-MILTON, | Case No. 26-cv-00065-JSC |
| Plaintiff, | |
| v. | **ORDER RE: 28 U.S.C. § 1915 SCREENING OF AMENDED COMPLAINT** |
| CALIFORNIA DEPARTMENT OF REHABILITATION, et al., | Re: Dkt. No. 23 |
| Defendants. | |

Plaintiff, proceeding in forma pauperis without attorney representation, sues the California Department of Rehabilitation ("DOR") and individual employees for civil rights violations. (Dkt. No. 23.)[1] The Court screened Plaintiff's earlier complaint pursuant to 28 U.S.C. § 1915 and dismissed it with leave to amend. (Dkt. No. 22.) Plaintiff filed an amended complaint asserting claims against only the California Department of Rehabilitation ("DOR"), Gregory Hoffman, Carmen Ramirez-Franco, Deyanire Villachica, and Mark Gould. (Dkt. No. 23.) Having reviewed Plaintiff's amended complaint, the Court orders service of Plaintiff's amended complaint without prejudice to Defendants bringing a motion to dismiss.

The Clerk of Court shall issue the summons. Further, the U.S. Marshal or the Clerk's Office for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders and other documents specified by the Clerk, Plaintiff's affidavit, and this order upon Defendants.

Plaintiff's amended complaint specifies "DOR may be served through its director, Kim McCoy Wade, at 721 Capital Mall, Sacramento, CA 95814," and Gregory Hoffman, Carmen

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the document.

Ramirez-Franco, Deyanire Villachica, and Mark Gould "may be served at DOR's San Diego office or by DOR's legal department." (Dkt. No. 23 ¶¶ 9-13). The Court notes to the extent this information is insufficient for the Marshal to identify and serve Defendants, Plaintiff may need to "provid[e] the Court with current addresses for all Defendants so that service can be accomplished." *See Smith v. Adams*, No. C 10-4389 CW (PR), 2012 WL 762025, *4 (N.D. Cal. Mar. 8, 2012) (citing *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994)).

**IT IS SO ORDERED.**

Dated: April 6, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge